## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:16-cv-00720-WYD-MEH

Hermes Solomon,

    Plaintiff/Movant,

Stellar Recovery, Inc.,

    Defendant.

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: August 23, 2016

        Respectfully submitted,

        By: __/s/ Jenny DeFrancisco_____

        Jenny DeFrancisco, Esq.
        CT Bar No.: 432383
        LEMBERG LAW LLC
        43 Danbury Road, 3rd Floor
        Wilton, CT 06897
        Telephone: (203) 653-2250
        Facsimile: (203) 653-3424
        E-mail: jdefrancisco@lemberglaw.com
        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on August 23, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

Alison N. Emery, Esq.
Assurance Law Group
3731 Hendricks Avenue
Jacksonville, FL 32207
*Attorney for Defendant*


                 By  */s/ Jenny DeFrancisco*
                    Jenny DeFrancisco, Esq.