IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   16-cv-00720-WYD-MEH

HERMES SOLOMON,

    Plaintiff,

v.

STELLAR RECOVERY, INC.,

    Defendant.

## ORDER OF DISMISSAL

    THIS MATTER is before the Court on the parties' Stipulation of Dismissal filed on December 22, 2016.  After a careful review of the Stipulation and the file, it is

    ORDERED that the Stipulation of Dismissal is **APPROVED**, and this matter is **DISMISSED WITH PREJUDICE** and without costs to any party.

    Dated:  December 22, 2016

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Senior United States District Judge